Clarice STEWART, Plaintiff–Appellant

v.

Michael J. ASTRUE, Commissioner
of Social Security, Defendant–
Appellee.

No. 07–51175
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

March 25, 2008.

Mary Ellen Felps, Austin, TX, for Plaintiff–Appellant.

Katherine E. Beaumont, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Defendant–Appellee.

Before STEWART, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The Commissioner of Social Security denied Clarice Stewart's claim for disability insurance and supplemental security income benefits. A United States Magistrate Judge submitted a lengthy report summarizing the record and responding to the legal issues raised, with a recommendation that the district court affirm the decision of the Commissioner. The district court accepted the recommendation and affirmed.

---

On appeal, Stewart alleges that the proper legal standard was not applied and there is not substantial evidence to support the denial of benefits. We find no merit to these appellate arguments. For the reasons stated in the Magistrate Judge's Report and Recommendation, the Commissioner's decision is supported by substantial evidence and comports with relevant legal standards.

We AFFIRM.